Entered on Docket
August 31, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JPMorgan Chase Bank, NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-4, Mortgage Pass-Through Certificates, Series 2005-4
09-72058

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | BK-S-09-14668-bam |
|---|---|
| Juan Gonzalez and Adrienne Gonzalez | MS Motion No. |
|  | Date: |
|  | Time: |
|  | Chapter 13 |
| Debtors. | |

### AMENDED ORDER RE: ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 1 Monthly Payments at $1,638.23 (March 1, 2010 - March 1, 2010) | $1,638.23 |
| 2 Monthly Payments(s) at $1,261.78 (April 1, 2010 - May 1, 2010) | $2,523.56 |
| 2 Monthly Payments at $1,328.71 (June 1, 2010 - July 1, 2010) | $2,657.42 |
| 4 Late Charge(s) at $72.69 (March 1, 2010 - June 1, 2010) | $290.76 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Suspense Amount | ($2,523.56) |
| Total | $5,486.41 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $914.41 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the August 20, 2010 payment and continuing throughout and concluding on or before December 20, 2010. The sixth final payment in the amount of $914.36 shall be paid on or before January 20, 2011.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the , payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 3354 Mountain Bluebird St. , Las Vegas, NV 89117, and legally described as follows:

> Lot Two Hundred Thirty-Four (234) in Block "E" of LEWIS HOMES - PINERIDGE CROSSING NO. 43, as shown by Map thereof on file in Book 65 of Plats, page 84, in the office of the County Recorder of Clark County, Nevada.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth

1  (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this
2  Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may
3  thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable
4  State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

WILDE & ASSOCIATES

By /s/ K. Salas #10235
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A. Leavitt                                Randolph Goldberg

By _____                             By _____

Kathleen A. Leavitt                                Randolph Goldberg
Chapter 13 Trustee                                 Attorney for Debtors
201 Las Vegas Blvd. So., #200                      4000 S. Eastern Ave., #200
Las Vegas, NV 89101                                Las Vegas, NV 89119

                                                   Nevada Bar No._____

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_ The court has waived the requirements set forth in LR 9021(b)(1).

\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

\_x\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each property and whether the party has approved, disapproved, or failed to respond to the document]:

\_x\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Debtor's counsel:
  **X** approved the form of this order          \_\_\_\_ disapproved the form of this order
  \_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document
  \_\_\_\_ appeared at the hearing, waived the right to review the order
  \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
  **X** approved the form of this order          \_\_\_\_ disapproved the form of this order
  \_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
  \_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
  \_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document
  \_\_\_\_ appeared at the hearing, waived the right to review the order
  \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
  \_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
  \_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor